THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VILLAGE ON JAMES STREET ASSOCIATION,<br><br>                    Plaintiff,<br>       v.<br><br>EAGLE WEST INSURANCE COMPANY, *et al.*,<br><br>                    Defendants. | CASE NO. C19-1381-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for a protective order (Dkt. No. 28.) Defendant's motion notes February 5, 2021. In the interest of judicial economy, the Court will consider this motion at the same time as Plaintiff's motion to compel (Dkt. No. 24). Accordingly, the Clerk is DIRECTED to renote Plaintiff's motion to compel (Dkt. No. 24) to February 5, 2021. This order does not impact the due date for Plaintiff's reply brief on its motion to compel.

//

//

//

MINUTE ORDER
C19-1381-JCC
PAGE - 1

DATED this 22nd day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk