THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VILLAGE ON JAMES STREET ASSOC., <br><br> Plaintiff, <br><br> v. <br><br> EAGLE WEST INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. C19-1381-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 34). All parties who have appeared in this matter have stipulated to dismissing all claims with prejudice. Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is DIRECTED to close this case.

DATED this 8th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk